AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| VICTOR ARIZA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  20-cv-20623-KMW |
| SUPPLY & ADVISE LLC, a Florida limited liability company | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUPPLY & ADVISE LLC
By Serving Its Registered Agent:
JONATHAN A. EYAL
223 SE 1ST STREET
MIAMI FL  33131


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RODERICK V. HANNAH, ESQ.
8751 WEST BROWARD BOULEVARD
SUITE 303
PLANTATION FL  33324
Telelphone:  (954) 362-3800


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


Date:  Feb 12, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts