UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20623-CIV-WILLIAMS/Torres

**VICTOR ARIZA**,

    Plaintiff,

vs.

**SUPPLY & ADVISE, LLC,**
**a Florida limited liability company,**

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff, VICTOR ARIZA ("Plaintiff"), and Defendant, SUPPLY & ADVISE, LLC, ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise specified in the Agreement. All Parties consent to the form and content of this Stipulation.

Dated: March 18, 2020.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

1

**STEARNS WEAVER MILLER WEISSLER**
**ALHADEF & SITTERSON, P.A**.
Counsel for Defendant
150 West Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3200
Fax: (305) 789-2664
Email: alichy@stearnsweaver.com

By: ___*/s/ Albert D. Lichy*___
ALBERT D. LICHY, ESQ.
Florida Bar No. 94272